## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, TURTLE ISLAND RESTORATION NETWORK, and NATURAL RESOURCES DEFENSE COUNCIL, <br><br>　　　　Plaintiffs; <br>　　v. <br><br>PENNY PRITZKER, Secretary of Commerce; NATIONAL MARINE FISHERIES SERVICE; JACOB LEW, Secretary of the Treasury; JEH JOHNSON, Secretary of Homeland Security; and the UNITED STATES OF AMERICA, <br><br>　　　　Defendants. | Court No.: 14-00157 <br><br>Before: <br><br>**CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT** |

　　　　Pursuant to United States Court of International Trade Rule 3(k), I hereby certify that I served the Complaint and Summons in this matter by sending a copy via registered mail, return receipt requested, on July 2, 2014 to the following:

| | |
|---|---|
| Eric H. Holder, Jr. <br>Attorney General <br>U.S. Department of Justice <br>950 Pennsylvania Avenue, NW <br>Washington, DC 20530-0001 | Attorney-in-Charge <br>International Trade Field Office <br>Commercial Litigation Branch <br>U.S. Department of Justice <br>26 Federal Plaza, Room 346 <br>New York, NY 10278 |
| Penny Pritzker <br>Secretary of Commerce <br>U.S. Department of Commerce <br>1401 Constitution Avenue, NW <br>Washington, DC 20230 | National Marine Fisheries Service <br>1315 East West Highway <br>Silver Spring, MD 20910 |
| Jeh Johnson <br>Secretary of Homeland Security <br>U.S. Department of Homeland Security <br>Washington, DC 20528 | Jacob Lew <br>Secretary of Treasury <br>U.S. Department of the Treasury <br>1500 Pennsylvania Avenue, NW <br>Washington, DC 20220 |

Along with the Complaint and Summons, I also served copies of the following documents on each of the Defendants and persons listed above on July 2, 2014:

1. Information Statement;
2. Disclosure of Corporate Affiliations and Financial Interest for Plaintiff Center for Biological Diversity;
3. Disclosure of Corporate Affiliations and Financial Interest for Plaintiff Turtle Island Restoration Network;
4. Disclosure of Corporate Affiliations and Financial Interest for Plaintiff Natural Resources Defense Council, Inc.; and
5. Certificate of Service of Summons and Complaint.

Respectfully submitted this 2nd day of July, 2014,

*s/ Sarah Uhlemann*
Sarah Uhlemann*
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
Phone: (206) 327-2344
Email: suhlemann@biologicaldiversity.org
* Attorney of Record for filing